# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER KENNEDY, *et al.*, | |
| Plaintiffs, | Case No.  2:12-cv-01134-GMN-GWF |
| vs. | **ORDER** |
| R.M.L.V., LLC, | |
| Defendant. | |

This matter is before the Court on the Proposed Discovery Plan and Scheduling Order (#14) filed September 20, 2012.  The Court conducted a discovery hearing in this matter on October 1, 2012.  After considering the papers submitted by the parties, as well as oral argument by counsel, and good cause appearing,

**IT IS ORDERED** that discovery in this matter is partially stayed pending a ruling on the Motion to Dismiss (#8).  The parties may proceed with initial disclosures pursuant to Rule 26(a) and written discovery.  Depositions and expert disclosures are stayed pending a decision on the motion to dismiss.

**IT IS FURTHER ORDERED** the parties are to file an amended discovery plan within 10 days of the decision on the motion to dismiss, if necessary.

DATED this 1st day of October, 2012.

GEORGE FOLEY, JR.
United States Magistrate Judge