1  **FENNEMORE CRAIG, P.C.**
    Janice Procter-Murphy (NV Bar No. 10960)
2  Kevin M. Green (NV Bar No. 12384)
    3003 North Central Avenue, Suite 2600
3  Phoenix, AZ 85012-2913
    Telephone: (602) 916-5000
4  Facsimile: (602) 916-5999
    Email: jpmurphy@fclaw.com
5  Email: kgreen@fclaw.com

6  Attorneys for Defendant
    R.M.L.V., LLC
7

8
                    **UNITED STATES DISTRICT COURT**
9
                          **DISTRICT OF NEVADA**
10

| | |
|---|---|
| JENNIFER KENNEDY, an individual, CHRIS GORDON, an individual, LUIS PONCE, an individual, JESSICA STICKEN, an individual, RAY GROH, an individual, RICARDO PARSONS, an individual, ED POLLICK, an individual, HEATHER SCHNEIBERG, an individual, JON STARK, an individual, ROBERT THOMAS, an individual, VAIVA YOUNG, an individual, STEVEN JULIUS MILLER, an individual, and on BEHALF OF OTHERS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> v. <br><br> R.M.L.V., LLC, a domestic limited-liability company; Individually; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | No. 2:12-CV-1134-GMN <br><br> **RMLV, LLC'S UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR RMLV, LLC TO RESPOND TO PLAINTIFFS' MOTION FOR NOTICE OF THE PENDENCY OF THIS ACTION, CONDITIONAL CERTIFICATION AND FOR OTHER RELIEF (DOC. 21)** <br><br> **(First Request)** |

    Pursuant to LR 6-1 and LR 6-2 of the Local Rules of Civil Practice of the United States District Court for the District of Nevada, defendant RMLV, LLC ("RMLV") requests that the Court grant a one-week extension for RMLV to respond to Plaintiffs' Motion for Notice of the Pendency of this Action, Conditional Certification, and for Other Relief (the "Motion" (Doc. 21)).

RMLV's opposition to Plaintiffs' Motion currently is due on December 6, 2012. Based on the extraordinary circumstances set forth below, RMLV respectfully requests that the Court enter an order extending RMLV's deadline to respond to Plaintiffs' Motion until December 13, 2012.

On the morning of November 28, 2012, counsel for RMLV contacted Plaintiffs' counsel concerning RMLV's request for a one-week extension. *See* Declaration of Kevin M. Green, attached as Exhibit 1, ¶ 3. Plaintiffs' counsel does not oppose the requested extension. *Id.*

Extraordinary circumstances warrant this one-week extension. Plaintiffs' Motion raises important issues that concern the scope of this litigation, including whether this matter should proceed as a collective action under the Fair Labor Standards Act, and what particular groups employees should receive notice of the opt-in action.

Plaintiffs' Motion was filed the holiday week of Thanksgiving. The offices of RMLV's counsel were closed beginning mid-afternoon of Wednesday, November 21 through the following Monday morning. RMLV's undersigned counsel also have substantial prior work commitments this week and continuing through the first week of December including, among other things, a two-day deposition of a plaintiff, out of state, in another matter which cannot be rescheduled. Due to their prior work commitments, the Thanksgiving holiday, and the fact that preparation of RMLV's opposition to the Motion will require a substantial amount of time, RMLV's counsel request a brief extension of one additional week to prepare RMLV's opposition.

Finally, RMLV's Motion to Dismiss (Doc. 8) is currently awaiting a ruling from the Court. Magistrate Judge Foley has partially stayed discovery in this case pending resolution of RMLV's Motion to Dismiss and has not entered any discovery, dispositive motion, or other deadlines pending resolution of that motion. *See* Order (Doc. 18). Instead, Magistrate Judge Foley has ordered the parties to file an amended discovery plan within 10 days after a decision on RMLV's Motion to Dismiss is rendered. *See id.* Under these unique circumstances, granting RMLV's requested extension will not alter any other deadlines in this case.

For the foregoing reasons, RMLV respectfully requests that the Court grant a one-week

1  extension for RMLV to respond to Plaintiffs' Motion, extending the deadline from December 6,
2  2012 to December 13, 2012.
3      DATED: November 28, 2012.

FENNEMORE CRAIG, P.C.

By */s/ Kevin M. Green*
   Janice Procter-Murphy
   Kevin M. Green
   Attorneys for Defendant
   R.M.L.V., LLC

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: November 29, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

PARKER | SCHEER LAGOMARSINO
ANDRE M. LAGOMARSINO, ESQ.
JACOB G. LEAVITT, ESQ.
9555 South Eastern Avenue, Suite 210
Las Vegas, Nevada 89123
Attorneys for Plaintiffs

By */s/ Colleen A. Loos*
An Employee of Fennemore Craig, P.C.