**FENNEMORE CRAIG, P.C.**
Janice Procter-Murphy (NV Bar No. 10960)
Kevin M. Green (NV Bar No. 12384)
2394 East Camelback Road, Suite 600
Phoenix, AZ  85016-3429
Telephone:  (602) 916-5000
Facsimile:  (602) 916-5999
Email:  jpmurphy@fclaw.com
Email:  kgreen@fclaw.com

Attorneys for Defendant
R.M.L.V., LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER KENNEDY, an individual, CHRIS GORDON, an individual, LUIS PONCE, an individual, JESSICA STICKEN, an individual, RAY GROH, an individual, RICARDO PARSONS, an individual, ED POLLICK, an individual, HEATHER SCHNEIBERG, an individual, JON STARK, an individual, ROBERT THOMAS, an individual, VAIVA YOUNG, an individual, STEVEN JULIUS MILLER, an individual, and on BEHALF OF OTHERS SIMILARLY SITUATED, <br><br>Plaintiffs, <br><br>v. <br><br>R.M.L.V., LLC, a domestic limited-liability company; Individually; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, <br><br>Defendants. | No. 2:12-CV-1134-GMN-GWF <br><br>**JOINT MOTION** <br>**TO VACATE COURT'S JANUARY 14, 2014** <br>**MINUTE ENTRY ORDER (ECF No. 32)** |

On January 14, 2014, Magistrate Judge Foley held a telephonic status conference to discuss enforcement of the parties' Settlement Agreement (the "Agreement") as to Christopher del Pozo ("del Pozo").  *See* Minutes of Proceedings (the "Order" (ECF No. 22)).  As of the date of that status conference, del Pozo had given consent to his counsel to enter into the proposed

FENNEMORE CRAIG, P.C.
PHOENIX

- 1 -

1  settlement but subsequently refused to sign the Agreement.

2  Following the status conference, the Court ordered Defendant RMLV, LLC ("RMLV") to
3  file a motion requesting enforcement of the settlement agreement. *Id.* The Court further ordered
4  Plaintiffs' counsel to forward the motion to del Pozo, who would be required to file a response.
5  *Id.* Additionally, the Court stated that a hearing on RMLV's motion would be set and that del
6  Pozo would be required to appear personally at that hearing. *Id.*

7  Subsequently, del Pozo executed the Settlement Agreement. On January 22, 2014,
8  Plaintiffs' counsel forwarded a copy of del Pozo's signature page to RMLV's counsel. In view of
9  these circumstances, RMLV's proposed motion to enforce the settlement as to del Pozo and the
10 related hearing are moot. For these reasons, the parties jointly request that the Court vacate its
11 Order. With a completely executed Agreement in hand, the parties will proceed promptly with a
12 joint motion requesting that the Court approve their settlement.

13 DATED: January 27, 2014.

14 FENNEMORE CRAIG, P.C.                    PARKER SCHEER LAGOMARSINO

16 By */s/ Kevin M. Green*                  By */s/ Andre Lagomarsino (with permission)*
      Janice Procter-Murphy                    Andre M. Lagomarsino
17    Kevin M. Green                           Attorneys for Plaintiffs
      Attorneys for Defendant
18    R.M.L.V., LLC

23 IT IS SO ORDERED:
   DATED: January 27, 2014.
24                                          _____
                                            The Honorable George Foley, Jr.
25                                          United States District Court Magistrate
                                            Judge
26

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5-1, I hereby certify that on January 27, 2014, I electronically transmitted the attached document to the Office of the Clerk of the United States District Court for the District of Nevada using the Court's CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record in this matter:

> Andre M. Lagomarsino, Esq.
> Parker Scheer Lagomarsino
> 9555 South Eastern Avenue, #210
> Las Vegas, Nevada  89123
> Attorneys for Plaintiffs

By */s/ Colleen A. Loos*
An Employee of Fennemore Craig, P.C.

8836281