**FENNEMORE CRAIG, P.C.**
Janice Procter-Murphy (NV Bar No. 10960)
Kevin M. Green (NV Bar No. 12384)
2394 East Camelback Road, Suite 600
Phoenix, AZ  85016-3429
Telephone:  (602) 916-5000
Facsimile:  (602) 916-5999
Email:  jpmurphy@fclaw.com
Email:  kgreen@fclaw.com

Attorneys for Defendant
R.M.L.V., LLC

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER KENNEDY, an individual, CHRIS GORDON, an individual, LUIS PONCE, an individual, JESSICA STICKEN, an individual, RAY GROH, an individual, RICARDO PARSONS, an individual, ED POLLICK, an individual, HEATHER SCHNEIBERG, an individual, JON STARK, an individual, ROBERT THOMAS, an individual, VAIVA YOUNG, an individual, STEVEN JULIUS MILLER, an individual, and on BEHALF OF OTHERS SIMILARLY SITUATED, | No. 2:12-CV-1134-GMN-GWF |
| Plaintiffs, | **JOINT MOTION TO VACATE COURT'S JANUARY 14, 2014 MINUTE ENTRY ORDER (ECF No. 32)** |
| v. | |
| R.M.L.V., LLC, a domestic limited-liability company; Individually; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

On January 14, 2014, Magistrate Judge Foley held a telephonic status conference to discuss enforcement of the parties' Settlement Agreement (the "Agreement") as to Christopher del Pozo ("del Pozo").  *See* Minutes of Proceedings (the "Order" (ECF No. 22)).  As of the date of that status conference, del Pozo had given consent to his counsel to enter into the proposed

1  settlement but subsequently refused to sign the Agreement.

2        Following the status conference, the Court ordered Defendant RMLV, LLC ("RMLV") to

3  file a motion requesting enforcement of the settlement agreement.  *Id.*  The Court further ordered

4  Plaintiffs' counsel to forward the motion to del Pozo, who would be required to file a response.

5  *Id.*  Additionally, the Court stated that a hearing on RMLV's motion would be set and that del

6  Pozo would be required to appear personally at that hearing.  *Id.*

7        Subsequently, del Pozo executed the Settlement Agreement.  On January 22, 2014,

8  Plaintiffs' counsel forwarded a copy of del Pozo's signature page to RMLV's counsel.  In view of

9  these circumstances, RMLV's proposed motion to enforce the settlement as to del Pozo and the

10  related hearing are moot.  For these reasons, the parties jointly request that the Court vacate its

11  Order.  With a completely executed Agreement in hand, the parties will proceed promptly with a

12  joint motion requesting that the Court approve their settlement.

13  DATED:  January 27, 2014.

14  FENNEMORE CRAIG, P.C.            PARKER SCHEER LAGOMARSINO

15

16  By */s/ Kevin M. Green*            By */s/ Andre Lagomarsino (with permission)*

17     Janice Procter-Murphy            Andre M. Lagomarsino
   Kevin M. Green            Attorneys for Plaintiffs

18     Attorneys for Defendant
   R.M.L.V., LLC

19

20

21

22

23  IT IS SO ORDERED:

24  DATED:  ___January 27, 2014___.

                           The Honorable George Foley, Jr.

25                             United States District Court Magistrate
                           Judge

26

1

## <u>CERTIFICATE OF SERVICE</u>

2    Pursuant to Local Rule 5-1, I hereby certify that on January 27, 2014, I electronically

3 transmitted the attached document to the Office of the Clerk of the United States District Court for

4 the District of Nevada using the Court's CM/ECF System for filing and transmittal of a Notice of

5 Electronic Filing to all counsel of record in this matter:

6    Andre M. Lagomarsino, Esq.
     Parker Scheer Lagomarsino
7    9555 South Eastern Avenue, #210
     Las Vegas, Nevada  89123
8    Attorneys for Plaintiffs

9

10          By */s/ Colleen A. Loos*
           An Employee of Fennemore Craig, P.C.
11

12 8836281

13

14

15

16

17

18

19

20

21

22

23

24

25

26

FENNEMORE CRAIG, P.C.

PHOENIX

- 3 -