**PARKER | SCHEER LAGOMARSINO**
ANDRE M. LAGOMARSINO, ESQ.
Nevada State Bar No. 6711
9555 South Eastern Avenue, Suite 210
Las Vegas, Nevada 89123
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER KENNEDY, an individual, CHRIS GORDON, an individual, LUIS PONCE, an individual, JESSICA STICKEN an individual, RAY GROH, an individual, RICARDO PARSONS, an individual, ED POLLICK, an individual, HEATHER SCHNEILBERG, an individual, JON STARK, an individual, ROBERT THOMAS, an individual, VAIVA YOUNG, an individual, STEVEN JULIUS MILLER, an individual, and ON BEHALF OF OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>R.M.L.V., LLC a domestic limited-liability company; Individually; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO. 2:12-CV-01134-GMN-GWF<br><br>**ORDER GRANTING JOINT UNOPPOSED MOTION TO APPROVE SETTLEMENT AGREEMENT AND TO DISMISS LAWSUIT WITH PREJUDICE** |

The Court having considered the Motion, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Joint Unopposed Motion to Approve Settlement Agreement and to Dismiss Lawsuit with Prejudice (doc. #38), filed on February 4, 2014, is hereby GRANTED.

**IT IS SO ORDERED** this 13th day of May, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court